IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES RHOADS,

    Petitioner,

v.

RAYMOND SOBINA, Warden, et. al.,

    Respondent.

Civil Action No. 05-130 Erie

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on May 3 2005 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 3, 2005, recommended that the petition for writ of habeas corpus be transferred to the Eastern District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at FCI Forest, where he is incarcerated, and on Respondent. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29th day of July, 2005;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is TRANSFERRED FORTHWITH to the U.S. District Court for the Eastern District of PA pursuant to 28 U.S.C. Section 2241(d).

The Report and Recommendation of Magistrate Judge Baxter, filed on June 3, 2005, is adopted as the opinion of the Court.

                                                  s/   Sean J. McLaughlin
                                                       United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge