

UNITED STATES DISTRICT COURT   05cv4155
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: August 1, 2005



United States District Court
Eastern District of PA
Office of the Clerk of Court
U.S. Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106-1797

RE: RHOADS V. SOBINA
Civil Action No. 05-130 ERIE

Dear Clerk:

On July 29, 2005, this Court entered an order transferring the above entitled case to your district. Enclosed please find a certified copy of said order together with all other original papers and a certified copy of the docket entries.

Please acknowledge receipt for same on copy of this letter provided.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Nicole M. Kierzek
Deputy Clerk

Enclosure